FILED

United States District Court

JUN 1 0 2008

__CENTRAL__ DISTRICT OF __ILLINOIS__

PAMELA E. ROBIN
U.S. DISTRICT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.     CRIMINAL COMPLAINT

MATTHEW L. HEAD

CASE NUMBER: 08-6028

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 9, 2008 in Tazewell County, in the Central District of Illinois, the defendant, MATTHEW L. HEAD, used a facility and means of interstate commerce to knowingly attempt to persuade, induce and entice a person who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, to wit: the offense of Aggravated Criminal Sexual Abuse under Illinois statute 720 ILCS 5/12-16(d) which makes it an offense for any person to engage in an act of sexual penetration with a person who is at least 13 years of age but under 17 years of age and the accused is at least five years older than the victim, all in violation of Title __18__ United States Code, Section(s) __2422(b)__.

I further state that I am a(n) __Secret Service Special Agent__ and that this Complaint is based on the following facts:

See attached Affidavit in support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:     ☒ Yes ☐ No

s/ Scott King

_____
Signature of Complainant

Scott King

Special Agent

Secret Service

Sworn to before me and subscribed in my presence,

| June 10, 2008 | at | Peoria, Illinois |
|---|---|---|
| Date | | City and State |

Hon. Joe Billy McDade  
United States District Court Judge            s/ Joe B. McDade

_____            _____  
Name / Title of Judicial Officer                    Signature of Judicial Officer

## **AFFIDAVIT**

I, Special Agent Scott King, being duly sworn on oath, state the following:

(1) I am a Special Agent with the United States Secret Service assigned to the Central District of Illinois, Peoria, Illinois. I have been assigned as a Special Agent for 9 ½ years. I have experience investigating laws pertaining to the exploitation of children. As a Special Agent with the United States Secret Service, I work with other law enforcement officers, who, like myself, have received special training in computer crime, internet investigations and child exploitation investigations. I have consulted with experts and specialists trained in the analysis of computers and computer storage and in the transference of information through the use of computer technology. I have participated in numerous computer crime investigations and in execution of numerous warrants involving crimes against children.

(2) This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement officers in this and other investigations with child exploitation investigations. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation.

(3) This affidavit is submitted in support of a criminal complaint and arrest warrant for MATTHEW LUKE HEAD for the following offense: Using a facility and means of interstate commerce to knowingly attempt to persuade, induce and entice a person who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. Section 2422(b).

(4) This investigation and the facts set forth below indicate that, MATTHEW LUKE HEAD, used a facility means of interstate commerce to knowingly attempt to persuade, induce and entice a person who has not attained the age of 18 years of age to engage in sexual activity for which any person can be charged with a criminal offense, to wit: the offense of Aggravated Criminal Sexual Abuse under Illinois statute 720 ILCS 5/12-16 (d) which makes it an offense for any person to engage in an act of sexual penetration with a person who is at least 13 years of age but under 17 years of age and the accused is at least five years older than the victim, all in violation of Title 18 United States Code, Section(s) 2422 (b).

## INVESTIGATION

(5)  I am familiar with the following facts based upon my own personal observations, as well as information officially supplied to me by Sgt. Jeff Stevens, Washington Police Department.

(6)  Sgt. Jeff Stevens, in his official capacity, maintained a MySpace profile for "Sara". The profile is intended to serve along with an online presence of a 14-year-old female for investigation of crimes against children. The listed age on Sara's MySpace profile is 18 years of age, which allows for a public profile and the information provided by users to set up a MySpace profile that is not verified. The photo posted on the MySpace profile for "Sara" is a photo of a female aged well under 18 years of age.

(7)  On June 7, 2008, "Sara" received an e-mail through MySpace from MySpace user Matt which read, "hey babe you looking good; just looking for some fun tonight and see that were fairly close to each other."

(8)  On June 9, 2008, Sgt. Stevens, acting as "Sara", replied to Matt through MySpace e-mail, "hi, thanks maybe u chat fromlisa34 (yahoo)".

(9)  Continuing on this date, Matt's instant message were accompanied by a Yahoo profile photo showing a white male's shaved crotch and an erect penis. In the chat that followed, ending with time stamp 1:33:21, Matt claims he is 18 years of age. Matt invites "Sara" to "'a' come over babe!" "Sara" replies that she is 14 years of age and asks, "ok?" Matt replies, "well I will leave ya alone". "Sara" relies, "whtevr" Matt replies, "ok its up to you". "Sara" replies, "maybe". Matt types, "well come babe".

(10)  Continuing with the chat, after "Sara" asked what Matt would want to do, Matt types, "I mean can you see my dick in the picture?" and later types, "well would u like to suck on that". Matt later types that he wants "Sara" to "suck it" and "fuck it". "Sara" asks, "u car im 14" followed by "not don it befor" and Matt types, "I don't care babe". Matt asks "Sara" to get a ride and "Sara" replies that she cannot. Matt types, "well if I came to get you would ya like to suck my dick in the car?" Matt types, "you can play with it while I drive then", and agrees to drive a black Nissan to pick up "Sara" behind La Gondola restaurant, located at 1841 Washington Road, Washington, Illinois, Tazewell County., adjacent to the Georgetown Commons apartments so that "Sara" can perform a "bj" on Matt. Matt sends his last instant message to "Sara", "3098685078 is my number".

(11)  On June 9, 2008, pursuant to an undercover operation, Matt was observed at the aforementioned meeting place. A black Nissan was stopped pursuant to a traffic stop and the driver was identified as Matthew "Matt" Head.

(12)  Investigation has revealed that the black Nissan was borrowed from Matt's roommate.

(13)  Matt was transported to the Washington Police Department and interviewed. Prior to the interview, Matt was advised of his constitutional rights via the Miranda Warnings. Matt stated that he understood his Miranda Rights and agreed to speak with investigators. Matt stated that he knew "Sara" was underage but decided to meet with her regardless to have "oral sex". He further stated that while driving to the pre-determined meet location, he was very nervous and contemplated his decision to meet with "Sara". He then stated that he did not know why he decided to meet with "Sara" because he was aware that it was wrong. Furthermore, Matt admitted that he used his laptop computer to chat with "Sara" and that he borrowed the black Nissan with the intentions of meeting "Sara". Also, Matt admitted to lying to the owner of the black Nissan to borrow the car. According to the vehicle's owner, Matt stated that he needed the car to attend a meeting with his college advisor. Matt confirmed this statement from the vehicle's owner.

s/ Scott King

AFFIANT

SUBSCRIBED AND SWORN TO ME THIS DATE OF JUNE 10, 2008

s/ Joe B. McDade

U.S. DISTRICT COURT JUDGE